

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00280-CV

**IN THE INTEREST OF J.A.O., A CHILD**
From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM503255
Honorable Eric Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appellant's motion to modify judgment is denied. This appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on August 8, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_____
Keith E. Hottle, Clerk of Court